# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ACCOMMODATING FINANCIAL & TAX SERVICES, LLC, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:23-CV-00748 |
| | : | |
| v. | : | JUDGE JEFFREY J. HELMICK |
| | : | |
| TWIN CITY FIRE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, plaintiff Accommodating Financial & Tax Services, LLC and defendant Twin City Fire Insurance Company ("Twin City"), by and through the undersigned counsel, hereby stipulate and agree to a voluntary dismissal of all claims pending against Twin City, without prejudice. Each party to bear its own attorneys' fees and costs.

Stipulated and agreed to by:

/s/ Thomas D. Pigott (per 3/1/24 email auth.)
Thomas D. Pigott, Esq. (0062919)
Pigott, Ltd.
P.O. Box 8813
Toledo, Ohio 43623
tpigott@pigottlaw.com

Richard A. Mitchell, Esq. (0041906)
Mitchell Law, LLC
1709 Spielbusch Ave., Ste. 101
Toledo, Ohio 43604
Rm709madison@gmail.com

*Attorneys for Plaintiff Accommodating Financial & Tax Services, LLC*

/s/ Katheryn M. Lloyd
Katheryn M. Lloyd, Esq. (0075610)
Tyler K. Ibom, Esq. (0085928)
Carpenter Lipps LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
lloyd@carpenterlipps.com
ibom@carpenterlipps.com

*Counsel for Defendant Twin City Fire Insurance Company*

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge